IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:    1:20CR00292-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE LIOI |
| v. | ) | |
| | ) | |
| HASANI THOMAS, | ) | |
| | ) | SENTENCING MEMORANDUM |
| Defendant. | ) | OF HASANI THOMAS |

I.    Background and Circumstances of the Offenses.

On September 9, 2022, the Defendant, Hasani Thomas, entered a guilty plea to Felon in Possession of Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2).

A presentence investigation was conducted in this case and sentencing is set for December 16, 2022, at 10:00 a.m. in this Court. Pursuant to the terms of the plea agreement, Mr. Thomas pled guilty to Count One of the indictment.

The Defendant and the Government established an advisory guideline computation with a base offense level of twenty (20).

The office of the U.S Attorney (U.S.A.O.) recommended a three (3) level reduction for acceptance of responsibility under USSG §3E1.1(a).

The total offense level after the reduction is a level seventeen (17).

1

II.   Personal History of Hasani Thomas.

Hasani Thomas was born in St. Croix, Virgin Islands, on December 5, 1981, to Genna Benjamin and Albert Sylvester Thomas. He is one of three children from the marriage of his mother and father. His mother, Genna Benjamin, is 61 years old, resides in St. Croix, Virgin Islands, and is employed in the Governmental Human Services Department. His father, Albert Sylvester Thomas, passed away in 2004 or 2005 from an undisclosed illness. Hasani Thomas reports that his parents were married to one another when he was an infant, but separated soon after. They did not formally divorce, however, until he was approximately 12 years old.

He had five siblings. Tragically, his brother Kareem Thomas was murdered in St. Thomas, Virgin Islands in 2018.

He has two full sisters, Halima Thomas, age 41, resides in Orlando, Florida and is employed as a Customer Service Representative; and Shenelle Encarcion, age 33, resides in San Diego, California, and is employed as a Nurse. Additionally, Hasani Thomas has a maternal half-brother, Decosta Cromwell, age 31, with whom he is close and has recently resided in Cleveland. He also has a maternal half-sister, Denelle Benjamin, age 20, who lives in the area of Tucson, Arizona and is employed as a Border Patrol Agent for the Department of Homeland Security.

The deaths of his brother, Kareem Thomas, and his father, Albert Sylvester Thomas, have deeply impacted his life as he was very close to both of them.

He indicates that none of his family members have any criminal records nor any history with substance abuse problems. He reports having a good relationship with all of his siblings and his mother. He is proud of the accomplishments of his many family members and their capacity to advance within their chosen fields of employment.

2

Hasani describes having a good childhood and despite some adversity, speaks about being mainly raised by his mother due to his parents' divorce and his father's illness. His mother, Genna Benjamin, struggled financially raising her children as a single mother, but Hasani states that she did an excellent job. He reports having a close-knit family and about confirming his love for his father before he passed away. He describes his childhood neighborhood in St. Croix as a respectable community with little to no drug activities.

Hasani resided in Miami-Dade County, Broward County, and St. Lucie County, Florida from 2002 to 2006. At the age of 26, he relocated to Cleveland, Ohio to reside with his brother, Decosta Cromwell. For the most part, Hasani has resided with Decosta in Cleveland for many years, except recently when he worked in the Virgin Islands.

In 2005, Hasani married Denise Gordon in Jamacia. In 2007 or 2008 they divorced due to differences. They had no children together.

Hasani tells about being in a committed relationship with Chara Scott for approximately five years. Chara Scott, age 31, resides in Cleveland, Ohio and is employed as a State-Tested Nursing Assistant.

Hasani and Ms. Scott have one daughter together, Hasanica Thomas, age 11, who resides with her mother in Cleveland. Hasani reports having a very strong and healthy relationship with his daughter taking her to parks, movies, ironing her clothes for school, and getting her hair and nails done. Although Mr. Scott and Hasani are no longer a couple, they are devoted to raising their daughter, and do so with great cooperation and respect for one another.

3

Hasani, himself, is considerably self-educated and well spoken, and encourages his daughter to achieve academically. He states that he provides financially for his daughter and is not court ordered to pay child support. A letter from Northcoast Academy, where their daughter attends school is attached hereto.

Hasani's sister, Halima Thomas, describes him as an excellent father and also very loving and caring towards his nieces and nephews. As well, she speaks about his positive influence in his daughter's life. Halima's observations demonstrate a strong extended family bond and the presence of love and support among all family members.

III.    Hasani Thomas' Educational and Employment Background.

Hasani attended school in St. Croix, but was expelled in the 11th grade due to poor attendance. His sanctions required attendance at night school, but his mother chose to send him to Job Corps in Asheville, North Carolina. He was there for a brief period of time. In 2002 or 2003, he obtained his GED in Florida.

Hasani describes working at various temporary agencies in Ohio and Florida being a certified forklift operator at various factories throughout his life. Recently, Hasani was employed fulltime as a delivery associate and floor associate at Home Depot in St. Croix from 2020 to 2022.

At the time he departed from the Virgin Islands in 2020, Hasan had undertaken arrangements with the Home Depot to transfer to a new position with a Cleveland area store. As this Court is aware, Hasani was arrested on the charge in the instant case while returning to the American mainland from the Virgin Islands. His opportunity for employment at Home Depot in Cleveland was withdrawn after being arrested on the instant case.

4

Recently, Hasani has been employed at Tendon Manufacturing in Bedford, Ohio since April 26, 2022 as a fulltime machine operator earning approximately $14.75 an hour. His employer regards him as a hard worker who arrives on time and works long hours. Relatedly, Hasani has also engaged in additional parttime employment beyond his fulltime job. A letter from Tendon Manufacturing, which is attached hereto, confirming the qualities and work ethic which Hasani brings to his job.

IV.     Hasani Thomas' Substance Abuse and Mental Health.

At the young age of 14 Hasani began using marijuana. At the age of 16 he recalls consuming his first beer. He has participated in outpatient substance abuse treatment through drug court in Broward County, Miami, in 2003 or 2004 due to his marijuana use and completed all required programming. He acknowledges that chemical dependency specialists are best qualified to assess any need for treatment, and will follow any requirements of this Court. He reports no history of mental illness and denies having suicidal thoughts or attempts. None of his family members have expressed concerns regarding his mental health.

V.      Sentencing Consideration.

Under the authority of United States v. Booker, 543 U.S. 220 (2005), and Gall v. United States, 128 S. Ct. 586, 595-597 (2007), the Federal Sentencing Guidelines are now advisory in nature only, and District Courts are to use their broad discretion in sentencing, first calculating the applicable guidelines range and then considering 18 U.S.C. § 3553(a) factors in reaching sentencing decisions. Under these standards, each case is to be individually considered. 18 U.S.C. § 3553(a) states:

> (a)     **Factors to be considered in imposing a sentence.** - The Court
> shall impose a sentence, sufficient but not greater than necessary,
> to comply with the purposes set forth in paragraph (2) of this

5

subsection. The court, in determining the particular sentence to be imposed, shall consider -

(1)    the nature and circumstances of the offense and the history and characteristics of the defendant;

(2)    the need for the sentence imposed -

    (A)    to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

    (B)    to afford adequate deterrence to criminal conduct;

    (C)    to protect the public from further crimes of the defendant; and

    (D)    to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3)    the kinds of sentences available;

(4)    the kinds of sentence and the sentencing range established for -

    (A)    the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines -

        (i)    issues by the Sentencing Commission pursuant to section 994 (a)(1) of title 28, United States Code, subject to any amendments made to such guidelines by act of Congress (regardless of whether such amendments have yet to be incorporated by the Sentencing Commission into amendments issued under section 994(p) of title 28;) and

        (ii)    that, except as provided in section 3742(g), are in effect on the date the defendant is sentenced; or

    (B)    in the case of a violation of probation or supervised release, the applicable guidelines or policy statements issues by the Sentencing Commission pursuant to section 994(a)(3) of title 28, United States Code, taking into account any statements by act of Congress (regardless of whether such amendments have yet to be incorporated by the Sentencing Commission into amendments issued under section 994(p) of title 28);

6

(5) any pertained policy statement...issued by the Sentencing Commission;

(6) the need to avoid unwarranted sentencing disparities...; and

(7) the need to provide restitution to any victims of the offense.

As set forth in Paragraph 24 of the Presentence Report, the total offense level in this case is 17.

18 U.S.C. § 3553(a) factors include "...the nature and circumstances of the offense and the history and characteristics of the defendant." § 3553(a)(1). These have been discussed above.

Various factors are included in § 3553(a)(2). § 3553(a)(2)(A) and include, the need for the sentence imposed - "to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense." Hasani Thomas has pled guilty to Felon in Possession of Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2).

18 U.S.C. § 3553(a)(2)(B) relates to the need for the sentence imposed to "...afford adequate deterrence to criminal conduct." Hasani expects that the components of any sentence he receives will serve the purposes of this provision.

18 U.S.C. § 3553(a)(2)(C) relates to protecting the public from further crimes. Issues of depression and hardship, like the death of his brother and father, greatly contributed to the conduct giving rise to Hasani's criminal behavior. He has accepted responsibility, and is prepared to accept the decisions of this Court. In view of his prior criminal history and his relatively young age of 41, rehabilitation remains a hopeful option.

18 U.S.C. § 3553(a)(2)(D) involves the need for the sentence imposed - "to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner." Resources are present outside of the penal system to assist Hasani with substance abuse treatment, self-help counseling, and other necessary services and training. He acknowledges that supervised release exists for purposes of successful rehabilitation.

VIII.    Conclusion

It is requested that this Court may derive a sentence which allows counseling, training, and minimizes the imposition of imprisonment.

Hasani Thomas is 41 years old and acknowledges that his personal history demonstrates a pattern of involvement with the justice system. It is stated, however, that much of his past history was directly connected to conduct involving drugs and alcohol. By his own admission, Mr. Thomas indicates that his drug and alcohol use started when he was just 14 years old. Problems which began when he was very young have had implications in adulthood and perhaps have never been fully recognized or treated.

Hasani Thomas requests understanding by this Court and expresses his desire to return to his family and society as soon as possible.

Respectfully submitted,

/s/ Donald R. Hicks
Donald R. Hicks #0034221
Attorney for Defendant
159 South Main Street, Suite 423
Akron, Ohio 44308
donhickslaw@aol.com
(330) 762-5500
(330) 762-2011 Fax

8

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December 2022, a copy of this Sentencing Memorandum was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Donald R. Hicks
Donald R. Hicks #0034221
Attorney for Defendant

9



Northcoast Academy • 4310 East 71st Street • Cleveland, Ohio 44105 •
P (216)429-0232 • P (216)429-0249
Panther Pride...Deep Inside

October 24, 2022

To whom it may concern:

This letter is to inform you that Hasani Thomas has been a great support to his daughter here at Northcoast Acdemy. Hasani is a stellar father, he volunteers at the good for any family events, or class field trips. He is always welcome her at Northcoast Academy. If you have or need any further information please feel free to contact me at the bellow email or phone.

*Ms. April Walker*

*Executive Office Manager*

*216-429-0232 ext. 40700*

*aywalker001@acancoast*

*Educate, Innovate, Inspire*



**20805 Aurora Road**
**Warrensville Heights, Ohio 44146**
**Phone (216) 663-3200    Fax (216) 663-6464**

To whom it may concern,

Hasani Thomas has been employed at Tendon Manufacturing 4/26/2022. His current role is Laser Operator on second shift; which is 1:30 p.m. to 12 a.m. Monday through Thursday. Hasani has been a model employee and has certainly advanced his skillset here. He works ample overtime and gets along well with our team.

Adam Gordon

adam@tendon.com

(216)663-3200